# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:04CR110 |
| Plaintiff, ) | |
| ) | |
| ) | DETENTION ORDER |
| vs. ) | |
| ) | PETITION FOR |
| NEAL STEHNO, ) | ACTION ON CONDITIONS |
| ) | OF |
| Defendant. ) | SUPERVISED RELEASE |
| ) | |

IT IS ORDERED:

1) The above-named defendant shall be detained until further order, because:

   -- The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

   -- The Court's findings are based on the evidence presented in court and contained in the court's records. The defendant has repeatedly violated the terms and conditions of his supervised release and admitted to officers that he sold methamphetamine.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

3) Probation is directed to obtain a substance abuse evaluation of the defendant.

July 25, 2012                                BY THE COURT:

                                             *s/Cheryl R. Zwart*
                                             United States Magistrate Judge